# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 8 EM 2020 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ANTHONY SUTTON | : | |
| | : | |
| PETITION OF : DANIEL SILVERMAN, ESQUIRE | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 20th day of April, 2020, upon consideration of the Motion to Withdraw as Counsel, the matter is REMANDED to the Court of Common Pleas of Philadelphia County for that court to determine whether Anthony Sutton's present counsel should be permitted to withdraw.

If present counsel is allowed to withdraw, the court is DIRECTED to resolve any issues relative to Anthony Sutton being appointed counsel or granted leave to proceed *pro se*.

The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order regarding this remand within 90 days after the expiration of the judicial emergency declared by this Court at 531 JAD and to promptly notify this Court of its determination.